UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60273-Civ-Ungaro/Simonton

LUIS E. CUETO, and
LEONARDO A. CUETO,

    Plaintiffs,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## **PLAINTIFFS' MOTION TO DISMISS**

    Plaintiffs, Luis E. Cueto and Leonard A. Cueto, file this Motion to Dismiss and, in support thereof, states as follows:

    1.    Plaintiffs move to dismiss the entity which answered the Complaint, Accounts Receivable Management, Inc., which answered the Complaint on March 1, 2011 (DE 5).

    2.    There are *two* consumer debt collection companies that collect debts in Florida and use the exact same name, "Accounts Receivable Management, Inc."

    3.    One of the entities known as "Accounts Receivable Management, Inc." is located in Florida, referred to herein as "ARM Florida." The other is located in New Jersey, which we will refer to herein as "ARM New Jersey." Plaintiffs intended to sue ARM New Jersey, but inadvertently served ARM Florida. Plaintiffs' counsel has informed Defendant ARM Florida's counsel in writing that the summons was inadvertently served upon ARM Florida and should be disregarded, and that Plaintiffs are

1

*not* suing ARM Florida. Counsel for Defendant ARM Florida has conceded that the telephone calls transcribed in the Complaint at ¶ 11 bear a telephone number which is not the telephone number of ARM Florida; it is the telephone number of ARM New Jersey, yet counsel has insisted upon answering the suit despite written assurance of counsel that Plaintiffs are *not* suing ARM Florida.

4.  Subsequent to the inadvertent service on ARM Florida, Plaintiffs served the correct Defendant, ARM New Jersey, and filed the return of service with the Court, showing that Plaintiffs served the New Jersey corporation on February 17, 2011. (DE 4). Accordingly, ARM New Jersey's answer to Plaintiffs' Complaint (DE 1) was due March 10, 2011. ARM New Jersey has not answered the Complaint, and Plaintiffs believe that the two Defendants are acting in concert to attempt to capitalize on the inadvertent confusion brought about by the two debt collectors using the exact same name.

5.  The Court has issued an order (DE 7) requiring the parties to file a Joint Scheduling Report by March 25, 2011 (DE 7). There is no point in Plaintiffs preparing a Joint Scheduling Report with ARM Florida, as Plaintiffs are not suing ARM Florida. Plaintiffs are unable to prepare a Joint Scheduling Report with ARM New Jersey because ARM New Jersey has not answered the suit, despite having been properly served.

**CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

The undersigned communicated with counsel for ARM Florida about the substance of this motion and counsels were unable to resolve the matter.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss ARM Florida, the entity which answered the Complaint on March 1, 2011 (DE 5), because it is not the

party which Plaintiffs are suing; and Plaintiff respectfully requests that the Court relieve Plaintiff of the need to prepare a Joint Scheduling Report with ARM Florida because ARM Florida is not the entity that Plaintiffs are suing. If the Court dismisses ARM Florida from this suit, Plaintiffs will immediately move for an entry of default against ARM New Jersey for failure to serve a response to Plaintiffs' Complaint or enter an appearance in this action.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60273-Civ-Ungaro/Simonton

LUIS E. CUETO, and
LEONARDO A. CUETO,

    Plaintiffs,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on March 23, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         s/Donald A. Yarbrough
                                                         Donald A. Yarbrough, Esq.

## SERVICE LIST

Sally Ann Still
Ward Damon Posner Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407
561-842-3000
Fax: 561-842-3626

<u>Via Notices of Electronic Filing generated by CM/ECF</u>

Accounts Receivable Management, Inc.
155 Mid Atlantic Parkway
Thorofare, NJ 08086

<u>Via US Mail</u>